# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/12/2023
```

**MEMORANDUM ENDORSED**             April 12, 2023

**VIA ECF**
The Honorable Gregory H. Woods
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

          Re: *United States v. Luis Crespo, Jr.*,
             23 Cr. 153 (GHW)

Dear Judge Woods:

  I was assigned to represent Luis Crespo, Jr. on February 21, 2023. The purpose of this letter is to request that a new attorney be assigned to represent Mr. Crespo. During a meeting with counsel, Mr. Crespo clearly expressed that he wants new counsel to represent him. A conference in this case is currently scheduled for April 13, 2023. If amenable to the Court, counsel requests that new counsel be assigned during the conference. The Court's time and consideration of this matter are greatly appreciated.

               Respectfully submitted,

               / s /

               Margaret M. Shalley

cc: AUSA Jane Chong
   (*via ECF*)

The Court has requested that the duty CJA attorney be available to participate in the April 13, 2023 conference.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 14.
SO ORDERED.
Dated: April 12, 2023        _____
New York, New York        GREGORY H. WOODS
               United States District Judge