USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                           :
  UNITED STATES OF AMERICA,               :
                                                           :
                -v-                            :                  1:23-cr-153-GHW
                                                           :
  LUIS CRESPO, JR.,                      :                  ORDER
                                                           :
                                     Defendant.  :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     Trial in this matter will commence on Monday, February 5, 2024 at 9:00 a.m. The trial will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

     Pretrial motions by Defendant are due no later than August 28, 2023. The Government's oppositions to any defense motions are due no later than September 18, 2023. Defendants' replies, if any, are due no later than October 2, 2023. The Court will hold a hearing on any defense motions necessitating a hearing on October 30, 2023 at 11:00 a.m.

     The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions *in limine*, are due no later than November 20, 2023. If any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed. The Court will hold a final pretrial conference in this matter on January 23, 2024 at 3:00 p.m.

     The parties are further directed to submit: (1) a proposed brief description of the case, to be

read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than November 20, 2023. If the parties are unable to agree on the language of such a short overview, they are directed to notify the Court of that fact by the same date.

    SO ORDERED.

Dated: June 13, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge