UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
              :
UNITED STATES OF AMERICA,        :
              :
              :
    -v-           :
              :    1:23-cr-153-GHW-2
              :
LUIS CRESPO JR.,            :    <u>ORDER</u>
          Defendant.  :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2023

GREGORY H. WOODS, United States District Judge:

      In the order scheduling the trial and pretrial motions in this matter, Defendant was directed to submit any pretrial motions by August 28, 2023. Dkt. No. 20. Defendant has not filed any pretrial motions and has not sought an extension of time. Therefore, the Court understands that no such motions will be filed. Because there are no defense motions necessitating a hearing, the conference scheduled for October 30, 2023 at 11:00 a.m. is adjourned *sine die*.

      SO ORDERED.

Dated: September 27, 2023
New York, New York

                                                                                    GREGORY H. WOODS
                                                              United States District Judge