```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
   UNITED STATES OF AMERICA,                                  :
                                                              :
                                                              :
                  -v-                                         :
                                                              :
                                                              :
                                                              :
   LUIS CRESPO JR.,                                           :
                                  Defendant.                  :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2023

1:23-cr-153-GHW-2

ORDER

GREGORY H. WOODS, United States District Judge:

    A proceeding is scheduled in this matter with respect to defendant Luis Crespo Jr. on November 16, 2023 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated:  November 16, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge